# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| MICHAEL ALLEN as Administrator for the Estate of Juventino Mata Hernandez, <br><br> Plaintiff, <br><br> v. <br><br> USA HOIST COMPANY, INC.; CAROLINA ELEVATOR SERVICE, INC.;GILBANE BUILDING COMPANY and GILBANE, INC., <br><br> Defendants. | **NOTICE OF REMOVAL** |

**TO: THE HONORABLE DISTRICT COURT OF THE UNITED STATES FOR THE WESTERN DISTRICT OF NORTH CAROLINA, CHARLOTTE DIVISION**

Defendant, USA Hoist Company, Inc., together with the consent of Defendants Carolina Elevator Service, Inc., Gilbane Building Company, and Gilbane, Inc., would respectfully show unto the Court as follows:

1. Defendants USA Hoist Company, Inc., Carolina Elevator Service, Inc., Gilbane Building Company, and Gilbane, Inc., are parties to a civil action brought against them in the Superior Court Division of Mecklenburg County entitled "Michael Allen as Administrator for the Estate of Juventino Mata Hernandez v. USA Hoist Company, Inc.; Carolina Elevator Service, Inc.; Gilbane Building Company and Gilbane, Inc." C.A. No. 20-CvS-8538, which action was commenced against Defendants by the filing of Summons and Complaint on June 22, 2020. This action arises out of an incident that occurred on May 23, 2018 in Mecklenburg County, North Carolina which resulted in the death of Juventino Mata Hernandez.

2. The Summons and Complaint were served on Defendant USA Hoist Company, Inc. via certified letter on June 25, 2020. Upon information and belief, Defendants Carolina Elevator Service, Inc., Gilbane Building Company, and Gilbane, Inc. have not yet been served. No further proceedings have taken place in this action.

3. This petition for removal is timely filed pursuant to 28 U.S.C. § 1446(b) in that it is filed within thirty (30) days of the date on which Defendants first received the Summons and Complaint to which they are a party to the action.

4. Upon information and belief, decedent Juventino Mata Hernandez was a resident of the State of North Carolina at the time of his death. (See Complaint ¶ 2).

5. Defendant USA Hoist Company, Inc. is a corporation organized under the laws of the State of Illinois. USA Hoist Company, Inc. maintains a principal place of business at 820 N. Wolcott Avenue, Chicago, Illinois 60622. (See Complaint ¶ 3).

6. Defendant Carolina Elevator Service, Inc. is a corporation organized under the laws of the State of South Carolina. Carolina Elevator Service, Inc. maintains a principal place of business at 777 Old Clemson Road, Columbia, South Carolina 29229. (See Complaint ¶ 4).

7. Defendant Gilbane Building Company and is a corporation organized under the laws of the State of Rhode Island. Gilbane Building Company maintains a principal place of business at 7 Jackson Walkway, Providence, Rhode Island 02903. (See Complaint ¶ 5).

8. Defendant Gilbane, Inc. is a corporation organized under the laws of the State of Rhode Island. Gilbane, Inc. maintains a principal place of business at 7 Jackson Walkway, Providence, Rhode Island 02903. (See Complaint ¶ 5).

9. Accordingly, there is complete diversity of citizenship as between all properly joined parties.

10. The amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. The Estate seeks recovery from Defendants for alleged negligence, negligent training of Defendants' employees, and for products liability claims including inadequate design or formulation and inadequate warning or instruction, resulting in the death of Juventino Mata Hernandez and a claim for damages which include pain and suffering, reasonable funeral expenses, the present monetary value of the decedent to the persons entitled to receive the damages recovered, society, companionship, comfort, guidance, kindly offices and advice of the decedent (See Complaint ¶ 40). The decedent was killed on May 23, 2018 when he fell from a building at the Legacy Union development located at 620 S. Tryon St. in uptown Charlotte, Mecklenburg County, North Carolina.

11. Although Defendants deny any wrong doing, the allegations of injuries and damages sought in the Complaint are substantial and similar to other actions in which other plaintiffs have sought and recovered damages in excess of $75,000.00. Thus, the jurisdictional amount is satisfied.

12. The United States District Court for the Western District of North Carolina has original subject matter jurisdiction of this civil action pursuant to 28 U.S.C. § 1332 and § 1441 because there is complete diversity of citizenship among all of the properly joined parties, and the amount in controversy in this civil action, exclusive of interest and costs, exceeds the sum of $75,000.00.

13. Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings and orders received by the removing Defendant are attached hereto as **Exhibit A.**

14. Further, co-defendants Carolina Elevator Service, Inc., Gilbane Building Company, and Gilbane, Inc. consent to the removal of this action as evidenced by the attached

Consent to Removal by Carolina Elevator Service, Inc., executed by its counsel attached hereto as **Exhibit B** and the attached Consent to Removal by Gilbane Building Company and Gilbane, Inc., executed by their counsel attached hereto as **Exhibit C** and served on all parties concurrently herewith.

15. Pursuant to 28 U.S.C § 1446(d), Plaintiff and all named Defendants are being provided with a copy of this Notice of Removal, and a copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of North Carolina, Mecklenburg County.

16. Defendant submits this Notice of Removal without waiving any defense to the claims asserted by Plaintiff or conceding that Plaintiff has pled claims upon which relief can be granted. Defendants specifically reserve the right to assert, if applicable, any and all defenses enumerated under Rule 12 of the Federal Rules of Civil Procedure or any other affirmative defenses, including those enumerated under Rule 8(c) of the Federal Rules of Civil Procedure, upon the filing of its responsive pleadings within the time allotted under the Federal Rules of Civil Procedure.

WHEREFORE, Defendant, USA Hoist Company, Inc., together with the consent of Defendants Carolina Elevator Service, Inc., Gilbane Building Company, and Gilbane, Inc., prays that the above case now pending against it in the Superior Court Division of Mecklenburg County, North Carolina be removed therefrom.

**(SIGNATURE ON FOLLOWING PAGE)**

July 23, 2020                              /s/Caroline B. Barrineau
                                           Christopher M. Kelly (N.C. Bar #24346)
                                           Caroline B. Barrineau (N.C. Bar #51571)
                                           Gallivan, White & Boyd, P.A.
                                           6805 Morrison Blvd., Suite 200
                                           Charlotte, NC  28211
                                           704-522-1712
                                           704-362-4850 (FAX)
                                           ckelly@gwblawfirm.com
                                           cbarrineau@gwblawfirm.com

                                           Attorneys for Defendant,
                                           USA Hoist Company, Inc.